IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REYNALDO AYALA, | ) | No. C 10-0979 JSW (PR) |
| Plaintiff, | ) | **ORDER APPOINTING PRO BONO COUNSEL AND SETTING CASE MANAGEMENT CONFERENCE** |
| v. | ) | |
| ROBERT AYERS, JR., et al., | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff having been found in need of counsel to assist him in this matter, and counsel willing to be appointed to represent Plaintiff having been located,

IT IS HEREBY ORDERED THAT: Deanna Kwong, of Covington & Burling LLP, 333 Twin Dolphin Drive, Suite 700, Redwood Shores, CA 94065-1418, is appointed as counsel for Plaintiff pursuant to 28 U.S.C. 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties, by counsel, are hereby ordered to appear at a Case Management Conference before the undersigned on **June 15, 2012 at 1:30 p.m.** in Courtroom No. 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, for the purpose of setting trial and pretrial dates.

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than June 8, 2012. The joint case management statement shall address all of the topics set forth in the

1  Standing Order for All Judges of the Northern District of California - *Contents of Joint*
2  *Case Management Statement*, which can be found on the Court's website located at
3  http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties
4  is proceeding without counsel, the parties may file separate case management statements.
5  Separate statements may also address all of the topics set forth in the Standing Order
6  referenced above.

7       Any request to reschedule the date of the conference shall be made in writing, and
8  by stipulation if possible, at least ten (10) calendar days before the date of the conference
9  and must be based upon good cause.

10       In order to assist the Court in evaluating any need for disqualification or recusal,
11  the parties shall disclose to the Court the identities of any person, associations, firms,
12  partnerships, corporations or other entities known by the parties to have either
13  (1) financial interest in the subject matter at issue or in a party to the proceeding; or (2)
14  any other kind of interest that could be substantially affected by the outcome of the
15  proceeding. If disclosure of non-party interested entities or persons has already been
16  made as required by Civil L. R. 3-16, the parties may simply reference the pleading or
17  document in which the disclosure was made. In this regard, counsel are referred to the
18  Court's Recusal Order posted on the Court website at the Judges Information link at
19  http://www.cand.uscourts.gov.

20       The Clerk shall add Plaintiff's appointed counsel to the docket, and serve a copy of
21  this Order upon counsel for both parties.

22       IT IS SO ORDERED.

24  DATED: April 13, 2012

                      JEFFREY S. WHITE
                      United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

REYNALDO AYALA,

    Plaintiff,

v.

ROBERT AYERS JR et al,

    Defendant.

Case Number: CV10-00979 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 13, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deanna Kwong
Covington & Burling LLP
333 Twin Dolphin Drive,
Suite 700,
Redwood Shores, CA 94065-1418

Reynaldo Ayala
E10000
San Quentin State PrisonS
San Quentin, CA 94974

Dated: April 13, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk