DEANNA L. KWONG (SBN 233480)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel. (650) 632-4700
Fax (650) 632-4800
dkwong@cov.com

TESS A. HAMILTON (SBN 279738)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Tel. (415) 591-6000
Fax. (415) 591-6091
tahamilton@cov.com

*Attorneys for Plaintiff*
*REYNALDO AYALA*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO AYALA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT AYERS, JR., et al.,<br><br>    Defendants. | Case No.: C 10-0979 JSW (PR)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT** |

This Stipulation and Proposed Order is entered into by and among the parties to the above-captioned action.

**WHEREAS**, on or about March 8, 2010, Plaintiff Reynaldo Ayala filed pro se a complaint in the United States District Court for the Northern District of California (Docket No. 1);

**WHEREAS,** on April 13, 2012, the Court appointed pro bono counsel to represent Plaintiff (Docket No. 38);

**WHEREAS,** Plaintiff, through his recently appointed pro bono counsel, intends to file a first amended complaint and Defendants consent to that filing (*see* Docket No. 41 at 6);

**WHEREAS,** at the Initial Case Management Conference held on June 15, 2012, the Court ordered Plaintiff to prepare and file a stipulation and proposed order regarding the filing of a first amended complaint, in lieu of a motion for leave to amend the initial complaint;

The parties agree as follows and request that the Court enter an Order approving this Stipulation:

1. Plaintiff in the above-captioned case shall file a first amended complaint on or before June 22, 2012.

2. This Stipulation concerning the filing of a first amended complaint does not alter the July 27, 2012 deadline that the Court has established for Plaintiff to file a motion for leave to file a further amended complaint to add Nurse Edmonds as a defendant.

3. Neither this Stipulation concerning the filing of a first amended complaint nor the July 27, 2012 deadline for any motion for leave to amend the complaint to add Nurse Edmonds shall foreclose Plaintiff from seeking leave to otherwise further amend the pleadings based on information obtained during discovery and his new counsel's investigation, which is ongoing. As set forth in the parties' June 8, 2012 Joint Case Management Statement and [Proposed] Order (Docket No. 41), the final deadline for any such further amendment of the pleadings shall be September 14, 2012, and any further amendment may be offered only upon a showing of good cause.

**IT IS SO STIPULATED.**

STIPULATION AND [PROPOSED] ORDER REGARDING
PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT
Case No.: C 10-0979 JSW (PR)

2

| | | | |
|---|---|---|---|
| Dated: June 20, 2012 | | By: | /s/ *Deanna L. Kwong* <br> Deanna L. Kwong <br> COVINGTON & BURLING LLP <br> *Attorneys for Plaintiff Reynaldo Ayala* |
| Dated: June 20, 2012 | | By: | */s/ Erin Sullivan* <br> Erin B. Sullivan <br> Deputy Attorney General <br> *Attorney for Defendants Wagner, Schlosser, Hansen, Guthrie, and Faaita* |

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

**IT IS SO ORDERED.**

Dated: June 21, 2012    By: /s/ Jeffrey S. White

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING
PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT
Case No.: C 10-0979 JSW (PR)

3