| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | WILLIAM C. KWONG<br>Supervising Deputy Attorney General |
| 3 | MARTINE N. D'AGOSTINO<br>Deputy Attorney General |
| 4 | State Bar No. 256777<br>  455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5500 |
| 6 |   Fax:  (415) 703-5843<br>  E-mail:  Martine.DAgostino@doj.ca.gov |
| 7 | *Attorneys for Defendants*<br>*J. Wagner, D. Schlosser, B. Hansen, J. D. Guthrie* |
| 8 | *and S. Faaita* |
| 9 | DEANNA L. KWONG (SBN 233480) |
| 10 | TESS A. HAMILTON (SBN 279738)<br>COVINGTON & BURLING LLP |
| 11 | 333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065 |
| 12 | Tel: (650) 632-4700<br>Fax: (650) 632-4800 |
| 13 | dkwong@cov.com |
| 14 | *Attorneys for Plaintiff*<br>*REYNALDO AYALA* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **REYNALDO AYALA,** | Case No.  C 10-0979 JSW (PR) |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| v. | |
| **ROBERT AYERS, JR. et al. ,** | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26, Plaintiff and Defendants, through counsel, submit this stipulated request to extend the deadline to exchange Initial Disclosures from July 13, 2012 to July 20, 2012.  The requested extension will have minimal impact on the schedule for the

1

1  case, and no other deadlines will be affected. The parties have not previously sought an extension
2  of time to exchange Initial Disclosures.
3
4  DATED: July 13, 2012                    /s/ Martine N. D'Agostino                .
                                           MARTINE N. D'AGOSTINO
5                                          Deputy Attorney General
                                           *Attorney for Defendants*
6                                          *J. Wagner, D. Schlosser, B. Hansen, J. D.*
                                           *Guthrie and S. Faaita*
7
8  DATED: July 13, 2012                    /s/ Deanna Kwong                         .
                                           DEANNA KWONG
9                                          Covington & Burling LLP
                                           *Attorney for Plaintiff*
10                                         *Reynaldo Ayala*
11
12  **ATTESTATION:** Pursuant to General Order 45, Part X B, the filer attests that concurrence in
13  the filing of this document has been obtained from all signatories.
14
15
16                                          **ORDER**
17         PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the deadline to
18  exchange Initial Disclosures is now July 20, 2012.
19
20  DATED: August 6, 2012                   _[signature: Jeffrey S. White]_
21                                          JEFFREY S. WHITE
                                            United States District Judge
22  SF2010401143
    20625392.doc
23
24
25
26
27
28

2

Stip. and ~~Proposed~~ Order (C 10-0979 JSW (PR))