1  KAMALA D. HARRIS
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  MARTINE N. D'AGOSTINO
   Deputy Attorney General
4  State Bar No. 256777
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5500
6    Fax:  (415) 703-5843
     E-mail:  Martine.DAgostino@doj.ca.gov
7  *Attorneys for Defendants*
   *J. Wagner, D. Schlosser, B. Hansen, J. D. Guthrie*
8  *and S. Faaita*

9  DEANNA L. KWONG (SBN 233480)
   TESS A. HAMILTON (SBN 279738)
10 COVINGTON & BURLING LLP
   333 Twin Dolphin Drive, Suite 700
11 Redwood Shores, CA 94065
12 Tel: (650) 632-4700
   Fax: (650) 632-4800
13 dkwong@cov.com
   *Attorneys for Plaintiff*
14 REYNALDO AYALA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **REYNALDO AYALA,** | Case No.  C 10-0979 JSW (PR) |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| v. | |
| **ROBERT AYERS, JR. et al. ,** | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26, Plaintiff and Defendants, through counsel, submit this stipulated request to extend the deadline to exchange Initial Disclosures from July 13, 2012 to July 20, 2012.  The requested extension will have minimal impact on the schedule for the

1

case, and no other deadlines will be affected. The parties have not previously sought an extension of time to exchange Initial Disclosures.

DATED: July 13, 2012  /s/ Martine N. D'Agostino
MARTINE N. D'AGOSTINO
Deputy Attorney General
*Attorney for Defendants*
*J. Wagner, D. Schlosser, B. Hansen, J. D. Guthrie and S. Faaita*

DATED: July 13, 2012  /s/ Deanna Kwong
DEANNA KWONG
Covington & Burling LLP
*Attorney for Plaintiff*
*Reynaldo Ayala*

**ATTESTATION:** Pursuant to General Order 45, Part X B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

# ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the deadline to exchange Initial Disclosures is now July 20, 2012.

DATED: August 6, 2012

JEFFREY S. WHITE
United States District Judge

SF2010401143
20625392.doc