IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REYNALDO AYALA,

    Plaintiff,

v.

ROBERT AYERS, JR, ET AL.,

    Defendants.

No. C 10-00979 JSW

**ORDER RE SECOND AMENDED COMPLAINT**

Due to Defendants' non-opposition to the motion for leave to amend, the Court hereby deems Plaintiff's second amended complaint, filed on August 17, 2012 (docket no. 26, exhibit A), to be the operative complaint. Any response shall be filed no later than 14 days from date of this Order. In addition, the hearing on the motion for leave to amend, set for August 31, 2012, is hereby vacated.

**IT IS SO ORDERED.**

Dated: August 20, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE