**United States District Court**
For the Northern District of California

1

2

3

4

5

6                     IN THE UNITED STATES DISTRICT COURT

7

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    REYNALDO AYALA,

10           Plaintiff,                              No. C 10-00979 JSW

11   v.

12   ROBERT AYERS, JR, ET AL.,                      **ORDER RE SECOND AMENDED
                                                    COMPLAINT**
13           Defendants.

14   _____/

15         Due to Defendants' non-opposition to the motion for leave to amend, the Court hereby

16   deems Plaintiff's second amended complaint, filed on August 17, 2012 (docket no. 26, exhibit

17   A), to be the operative complaint.  Any response shall be filed no later than 14 days from date

18   of this Order.  In addition, the hearing on the motion for leave to amend, set for August 31,

19   2012, is hereby vacated.

20         **IT IS SO ORDERED.**

21

22   Dated: August 20, 2012                         _____
                                                    JEFFREY S. WHITE
23                                                  UNITED STATES DISTRICT JUDGE

24

25

26

27

28