United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO AYALA,<br><br>  Plaintiff,<br><br>v<br><br>ROBERY AYERS, Jr. , et al.,<br><br>  Defendants. | Case No C 10-979 JSW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on September 4, 2012 in San Francisco. The results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff on telephone, and Plaintiff's counsel in San Francisco Deanna Kwong and Tess A. Hamilton

☐  Warden or warden's representative

☒  Office of the California Attorney General, Erin Sullivan in San Francisco

☒  Other: California Department of Corrections and Rehabilitation, Kaye Bassett

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date: 9/5/12

Nandor J Vadas
United States Magistrate Judge