1  DEANNA L. KWONG (SBN 233480)
   COVINGTON & BURLING LLP
2  333 Twin Dolphin Drive, Suite 700
   Redwood Shores, CA 94065
3  Tel. (650) 632-4700
   Fax (650) 632-4800
4  dkwong@cov.com

5  TESS A. HAMILTON (SBN 279738)
   COVINGTON & BURLING LLP
6  One Front Street, 35th Floor
   San Francisco, California  94111
7  Tel. (415) 591-6000
   Fax. (415) 591-6091
8  tahamilton@cov.com

9  *Attorneys for Plaintiff*
   *REYNALDO AYALA*
10

11

12                    UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  REYNALDO AYALA,                    Case No.: C 10-0979 JSW (PR)

15        Plaintiff,                   **JOINT STIPULATION AND
                                       [~~PROPOSED~~] ORDER**
16        v.                           **EXTENDING DEADLINE FOR
                                       FACT DISCOVERY**
17  ROBERT AYERS, JR., et al.,

18        Defendants.

19

20

21        Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their

22  undersigned counsel, hereby jointly recommend and stipulate that the Court issue an order

23  providing for a 22-day extension of time for fact discovery.  **The parties do not anticipate that**

24  **this requested extension will affect any other deadlines in the schedule that the Court has**

25  **set for this case.**

26        Under the Court's June 19, 2012 Order, the deadline for the close of fact discovery is

27  October 15, 2012.  (Docket No. 44).  The parties have agreed to a 22-day extension of that

28  deadline to November 6, 2012 to complete fact depositions.  Counsel for Defendants have

committed to offering all their necessary witnesses for deposition on or before the proposed

November 6, 2012 deadline.

**IT IS SO STIPULATED.**

Dated:  October 3, 2012          By:    _/s/ Deanna L.Kwong_
                                        Deanna L. Kwong
                                        COVINGTON & BURLING LLP
                                        *Attorney for Plaintiff Reynaldo Ayala*

Dated:  October 3, 2012          By:    _/s/ Martine N. D'Agostino_
                                        Martine N. D'Agostino
                                        Deputy Attorney General
                                        *Attorney for Defendants Wagner, Schlosser,*
                                        *Guthrie, and Faaita*

Dated:  October 3, 2012          By:    _/s/ Christian B. Green_
                                        Christian B. Green
                                        Law Offices of Samuel G. Grader
                                        *Attorney for Defendant Edmonds*

1

**[PROPOSED ORDER]**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Date: ___October 3_____, 2012

5

6

_____

7

JEFFREY S. WHITE
United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28