|   |   |
|---|---|
| 1 | DEANNA L. KWONG (SBN 233480) |
|   | COVINGTON & BURLING LLP |
| 2 | 333 Twin Dolphin Drive, Suite 700 |
|   | Redwood Shores, CA 94065 |
| 3 | Tel. (650) 632-4700 |
|   | Fax (650) 632-4800 |
| 4 | dkwong@cov.com |

TESS A. HAMILTON (SBN 279738)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Tel. (415) 591-6000
Fax. (415) 591-6091
tahamilton@cov.com

*Attorneys for Plaintiff*
*REYNALDO AYALA*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| REYNALDO AYALA, | Case No.: C 10-0979 JSW (PR) |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FACT DISCOVERY** |
| v. |  |
| ROBERT AYERS, JR., et al., |  |
| Defendants. |  |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their undersigned counsel, hereby jointly recommend and stipulate that the Court issue an order providing for a 22-day extension of time for fact discovery. **The parties do not anticipate that this requested extension will affect any other deadlines in the schedule that the Court has set for this case.**

Under the Court's June 19, 2012 Order, the deadline for the close of fact discovery is October 15, 2012. (Docket No. 44). The parties have agreed to a 22-day extension of that deadline to November 6, 2012 to complete fact depositions. Counsel for Defendants have

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR FACT DISCOVERY
Case No.: C 10-0979 JSW (PR)

1

committed to offering all their necessary witnesses for deposition on or before the proposed November 6, 2012 deadline.

**IT IS SO STIPULATED.**

Dated: October 3, 2012    By:    */s/ Deanna L.Kwong*
                                                             Deanna L. Kwong
                                                             COVINGTON & BURLING LLP
                                                            *Attorney for Plaintiff Reynaldo Ayala*


Dated: October 3, 2012    By:    */s/ Martine N. D'Agostino*
                                                             Martine N. D'Agostino
                                                            Deputy Attorney General
                                                           *Attorney for Defendants Wagner, Schlosser, Guthrie, and Faaita*


Dated: October 3, 2012    By:    */s/ Christian B. Green*
                                                             Christian B. Green
                                                           Law Offices of Samuel G. Grader
                                                           *Attorney for Defendant Edmonds*

**[~~PROPOSED~~ ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: ____October 3____, 2012

_____*Jeffrey S White*_____
JEFFREY S. WHITE
United States District Judge