IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REYNALDO AYALA,

    Plaintiff,                                         No. C 10-00979 JSW

  v.

ROBERT AYERS, JR, ET AL.,                        **ORDER**

    Defendants.

      The has received Plaintiff's motion for leave to amend and motion to shorten time, as well as Defendants' opposition to the motion to shorten time. Having reviewed the parties' submissions and the Court's calendar, the Court HEREBY RULES as follows:

    (1) the opposition to the motion to amend shall be filed no later than November 2, 2012;

    (2) the reply to the motion to amend shall be filed no later than November 9, 2012;

    (3) the Court shall rule on the motion as submitted without a hearing, unless one is set by further order (accordingly, the January 18, 2013 hearing is vacated);

    (4) the non-expert discovery deadline is extended to December 31, 2012;

    (5) the expert discovery deadline is extended to January 31, 2013.

      Other case management deadlines remain unchanged as of this date, but may be modified by subsequent order.

Further, as this will be the fourth iteration of the complaint, this shall be Plaintiff's final opportunity to file an amended complaint absent a showing of extraordinary good cause.

**IT IS SO ORDERED.**

Dated: October 24, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE