DEANNA L. KWONG (SBN 233480)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel. (650) 632-4700
Fax (650) 632-4800
dkwong@cov.com

RYAN M. BUSCHELL (SBN 271509)
TESS A. HAMILTON (SBN 279738)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Tel. (415) 591-6000
Fax. (415) 591-6091
tahamilton@cov.com

*Attorneys for Plaintiff*
*REYNALDO AYALA*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO AYALA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ROBERT AYERS, JR., et al.,<br><br>　　Defendants. | Case No.: C 10-0979 JSW (PR)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR EXPERT REPORTS** |

On October 24, 2012, the Court extended the deadlines for fact and expert discovery to December 31, 2012 and January 31, 2013, respectively. Dkt. No. 98. However, that Order does not expressly address the deadlines to exchange expert reports. Thus, under the Court's current schedule, the deadline to designate expert witnesses and serve opening expert reports appears to remain on November 30, 2012 (one month before the end of fact discovery) and the deadline to serve rebuttal reports appears to remain on December 14, 2012 (two weeks before the end of fact discovery).

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties, through their undersigned counsel, hereby jointly recommend and stipulate that the Court issue an order setting the deadline to designate expert witnesses and serve opening expert reports for January 9, 2013 and the deadline to serve rebuttal reports for January 18, 2013.  The parties do not anticipate that this requested extension will affect any other deadlines in the schedule that the Court has set for this case.

**IT IS SO STIPULATED.**


Dated:  November 14, 2012          By:     /s/ Ryan Buschell
                                           Ryan Buschell
                                           COVINGTON & BURLING LLP
                                           *Attorney for Plaintiff Reynaldo Ayala*


Dated:  November 14, 2012          By:     /s/ Giam Nguyen
                                           Giam Nguyen
                                           Deputy Attorney General
                                           *Attorney for Defendants Wagner, Schlosser,*
                                           *Guthrie, and Faaita*


Dated:  November 14, 2012          By:     /s/ Christian Green
                                           Christian B. Green
                                           Law Offices of Samuel G. Grader
                                           *Attorney for Defendant Edmonds*

JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES FOR EXPERT REPORTS
Case No.: C 10-0979 JSW (PR)

2

[~~PROPOSED~~ ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __November 14__, 2012

_____
JEFFREY S. WHITE
United States District Judge