DEANNA L. KWONG (SBN 233480)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel: (650) 632-4700
Fax: (650) 632-4800
dkwong@cov.com

RYAN M. BUSCHELL (SBN 271509)
TESS A. HAMILTON (SBN 279738)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Tel: (415) 591-6000
Fax: (415) 591-6091
tahamilton@cov.com

*Attorneys for Plaintiff*
*REYNALDO AYALA*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| REYNALDO AYALA,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT AYERS, JR., et al.,<br><br>  Defendants. | Case No.: C 10-0979 JSW (PR)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AS TO CUSTODY STAFF DEFENDANTS AND TO AMEND PRETRIAL SCHEDULE**<br><br>Judge: Hon. Jeffrey White<br>Place: Courtroom 11, 19th Floor |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COMPLAINT AS TO CUSTODY
STAFF DEFENDANTS AND TO AMEND PRETRIAL
SCHEDULE
Case No.: C 10-0979 JSW (PR)

This matter is currently before the Court on Plaintiff's Motion for Leave to Amend Complaint and to Amend Pretrial Schedule. Having considered this motion, supporting papers, and any other matter deemed to be appropriate by the Court,

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Leave to Amend Complaint and to Amend Pretrial Schedule is GRANTED. Exhibit A to Plaintiff's Motion for Leave to Amend Complaint and to Amend Pretrial Schedule is considered the operative complaint and the following schedule is adopted:

|  | DATE |
|---|---|
| Close of Non-expert Discovery | 12/31/2012 |
| Last Day for Expert Discovery | 1/31/2013 |
| Last Day to Hear Dispositive Motions | 3/22/2013 |
| Pretrial Conference | 5/20/2013 |
| Jury Trial Date | 6/10/2013 |

IT IS SO ORDERED.

DATED: November 16, 2012

By: _____
The Honorable Jeffrey S. White
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AS TO CUSTODY STAFF DEFENDANTS AND TO AMEND PRETRIAL SCHEDULE

2