KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
MARTINE N. D'AGOSTINO
Deputy Attorney General
State Bar No. 256777
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5500
  Fax: (415) 703-5843
  E-mail: Martine.DAgostino@doj.ca.gov
*Attorneys for Defendants
Wagner, Schlosser, Guthrie and Faaita*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **REYNALDO AYALA,** | C 10-0979 JSW (PR) |
| Plaintiff, | **STIPULATION TO ALLOW DEPOSITIONS OF PERSONS CONFINED IN PRISON AND ORDER THEREON** |
| v. | |
| **ROBERT AYERS, JR. et al.,** | |
| Defendants. | |

Under Fed. R. Civ. P. 30(a)(2)(B), the parties jointly recommend and stipulate that the Court grant Defendants leave to take depositions of of the following inmates currently incarcerated at San Quentin State Prison ("San Quentin"): Oswaldo Amezcua, Carlos Argueta, Hector Ayala, Todd Givens, Raymond Butler, Richard Pennunuri, Julian Mendez, Paul Tuilaepa, Freddie Fuiava, Robert Scully, Ronnie Dement, and Ruben Rangel.

///

///

///

Additionally, under Fed. R. Civ. P. 30 (2)(A)(i), the parties jointly recommend and stipulate that the court allow three depositions in excess of 10, to be taken by each side.

**SO STIPULATED**.

Dated: December 10, 2012　　　　　　　/s/ Martine N. D'Agostino
　　　　　　　　　　　　　　　　　　　MARTINE N. D'AGOSTINO
　　　　　　　　　　　　　　　　　　　California Attorney General's Office
　　　　　　　　　　　　　　　　　　　Counsel for Defendants Schlosser, Faaita,
　　　　　　　　　　　　　　　　　　　Wagner and Guthrie

**SO STIPULATED**.

Dated: December 10, 2012　　　　　　　/s/ Ryan Buschell
　　　　　　　　　　　　　　　　　　　RYAN BUSCHELL
　　　　　　　　　　　　　　　　　　　Covington & Burling LLP
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff Reynaldo Ayala

**SO STIPULATED**.

Dated: December 10, 2012　　　　　　　/s/ Christian Green
　　　　　　　　　　　　　　　　　　　CHRISTIAN GREEN
　　　　　　　　　　　　　　　　　　　Law Office of Samuel Grader
　　　　　　　　　　　　　　　　　　　Defendant Jeffrey Edmonds

Per the parties' stipulation, **IT IS SO ORDERED**.

Dated: December 11, 2012　　　　　　　_/s/ Jeffrey S. White_
　　　　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

SF2010401143
20656141.doc