1  KAMALA D. HARRIS
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  MARTINE N. D'AGOSTINO
   Deputy Attorney General
4  State Bar No. 256777
    455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
    Telephone:  (415) 703-5500
6    Fax:  (415) 703-5843
    E-mail:  Martine.DAgostino@doj.ca.gov
7  *Attorneys for Defendants*
   *Wagner, Schlosser, Guthrie and Faaita*
8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  **REYNALDO AYALA,**                    C 10-0979 JSW (PR)

14                          Plaintiff,    **STIPULATION TO ALLOW
                                          DEPOSITIONS OF PERSONS
15          v.                            CONFINED IN PRISON
                                          AND ORDER THEREON**
16  **ROBERT AYERS, JR. et al. ,**

17                          Defendants.

18

19         Under Fed. R. Civ. P. 30(a)(2)(B), the parties jointly recommend and stipulate that the

20  Court grant Defendants leave to take depositions of of the following inmates currently

21  incarcerated at San Quentin State Prison ("San Quentin"):  Oswaldo Amezcua, Carlos Argueta,

22  Hector Ayala, Todd Givens, Raymond Butler, Richard Pennunuri, Julian Mendez, Paul Tuilaepa,

23  Freddie Fuiava, Robert Scully, Ronnie Dement, and Ruben Rangel.

24  ///

25  ///

26  ///

27

28

                                          1

1         Additionally, under Fed. R. Civ. P. 30 (2)(A)(i), the parties jointly recommend and stipulate

2 that the court allow three depositions in excess of 10, to be taken by each side.

3

4 **SO STIPULATED**.

5 Dated: <u>December 10, 2012</u>          <u>/s/ Martine N. D'Agostino</u>

6                                              MARTINE N. D'AGOSTINO
                                             California Attorney General's Office

7                                              Counsel for Defendants Schlosser, Faaita,
                                             Wagner and Guthrie

8 **SO STIPULATED**.

9 Dated: <u>December 10, 2012</u>          <u>/s/ Ryan Buschell</u>

10                                              RYAN BUSCHELL
                                             Covington & Burling LLP

11                                              Counsel for Plaintiff Reynaldo Ayala

12

13 **SO STIPULATED**.

14 Dated: <u>December 10, 2012</u>          <u>/s/ Christian Green</u>

15                                              CHRISTIAN GREEN
                                             Law Office of Samuel Grader

16                                              Defendant Jeffrey Edmonds

17

18 Per the parties' stipulation, **IT IS SO ORDERED**.

19

20 Dated: <u>                  </u> December 11, 2012                                         

21                                            The Honorable Jeffrey S. White
                                           UNITED STATES DISTRICT COURT JUDGE

22

23

24 SF2010401143
   20656141.doc

25

26

27

28