IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REYNALDO AYALA,

    Plaintiff,

  v.

ROBERT AYERS, JR, ET AL.,

    Defendants.

No. C 10-00979 JSW

**ORDER GRANTING MOTION TO SHORTEN TIME**

The Court has received Defendants' motion for an order shortening time on their pending motion to dismiss for failure to exhaust administrative remedies. The Court GRANTS the motion, as modified:

(1) Plaintiff's opposition shall be filed by no later than December 21, 2012;

(2) Defendants' reply shall be filed by no later than December 28, 2012 (regardless of vacation schedules);

(3) the hearing on the motion shall be advanced to January 11, 2013 at 9:00 a.m.;

(4) discovery shall not be stayed at this time and the Court shall address Defendants' request for continuance of discovery deadlines either at the hearing on January 11, 2013, or by separate order.

**IT IS SO ORDERED.**

Dated: December 13, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE