DAVID R. EVANS, SBN 89119
7462 North Figueroa Street, Suite 201
Los Angeles, CA 90041
Phone: (323) 257-5100
Facsimile: (800) 330-7893
E-Mail: dre@drelaw.org

Attorney for Petitioner
PAUL PALALAUA TUILAEPA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO AYALA, | Case No. C 10-0979-JSW |
| Plaintiffs, | |
| vs. | ~~[PROPOSED]~~ ORDER |
| ROBERT AYERS, JR., et al., | |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the depositions of condemned inmate-witnesses are postponed until the week of January 7, 2013, or until such later date is convenient to the parties, and counsel for the witnesses. Should the parties demonstrate good cause to continue discovery deadlines, the Court shall consider such a request or stipulation favorably.

DATED: December 14, 2012     By _____
                              HONORABLE JEFFREY S. WHITE
                              United States District Judge

In addition, the Court GRANTS all subpoenaed prisoner-witnesses' requests for appointment of counsel.

1