DEANNA L. KWONG (SBN 233480)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel. (650) 632-4700
Fax (650) 632-4800
dkwong@cov.com

RYAN M. BUSCHELL (SBN 271509)
TESS A. HAMILTON (SBN 279738)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Tel. (415) 591-6000
Fax. (415) 591-6091
rbuschell@cov.com
tahamilton@cov.com

*Attorneys for Plaintiff*
*REYNALDO AYALA*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO AYALA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT AYERS, JR., et al.,<br><br>  Defendants. | Case No.: C 10-0979 JSW (PR)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING CASE**<br>**SCHEDULE**<br><br>Judge:  Hon. Jeffrey White<br>Place:  Courtroom 11, 19th floor |

The parties, pursuant to Civil L.R. 6-1(a), respectfully submit the following stipulation:

1. Plaintiff, Mr. Reynaldo Ayala, filed his Third Amended Complaint ("Complaint") on October 19, 2012, and the Complaint was deemed operative by the Court on November 16, 2012, in the United States District Court, Northern District of California, San Francisco Division.  Dkt. 103.

2. In granting Plaintiff's Motion for Leave to Amend Complaint and to Amend Pretrial Schedule on November 16, 2012, the Court entered the current scheduling order which contemplates, among other things, the completion of non-expert discovery by December 31, 2012.

3. Because it is not possible to complete certain third-party inmate depositions prior to December 31, 2012, the parties have agreed to modify the current case schedule.  The parties brought the fact of their agreement to the Court's attention during the Case Management Conference held on December 14, 2012, and the Court ordered the parties to submit a suitable stipulation.  This Stipulation and Proposed Order serves that purpose.

4. Specifically, given the need to extend non-expert discovery for the limited purpose of completing the third-party inmate depositions, the parties have agreed to modify the current schedule, subject to the Court's approval, as follows:

|  | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Close of Non-Expert Discovery | 12/31/2012 | 12/31/2012* |
| \*    Completion of third-party inmate depositions (subject to cooperation of their counsel).<br><br>\*    All other non-expert discovery shall remain due on 12/31/2012.<br><br>\*    Should Defendants discover new issues from the third-party inmate depositions, Defendants reserve the right to seek a continuance of fact discovery to | -- | 1/16/2013 |

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE

Case No.: C 10-0979 JSW (PR)

|  | Prior Deadline | New Deadline |
|---|---|---|
| investigate the new issues. Plaintiff reserves the right to oppose any such request. | | |
| Designate Expert Witnesses/Serve Opening Expert Reports | 1/9/2013 | 1/23/2013 (12:00 PM PDT) |
| Serve Rebuttal Expert Reports | 1/18/2013 | 2/4/2013 |
| Last Day for Expert Discovery | 1/31/2013 | 2/13/2013 |
| Last Day to Hear Dispositive Motions | 3/22/2013 | 3/22/2013 (9:00 AM) |
| Pretrial Conference | 5/20/2013 | 5/20/2013 (2:00 PM) |
| Jury Trial Date (5 days) | 6/10/2013 | 6/10/2013 (8:00 AM) |

5. As shown, the parties propose to modify only certain deadlines related to non-expert and expert discovery; all other deadlines set by the Court's November 16, 2012 Order remain in place.

6. Finally, this Stipulation has been promptly filed pursuant to Civil L.R. 5.

**IT IS SO STIPULATED.**

Dated: December 17, 2012    By:    */s/ Deanna Kwong*
                                    Deanna L. Kwong
                                    COVINGTON & BURLING LLP
                                    *Attorneys for Plaintiff Reynaldo Ayala*

Dated: December 17, 2012    By:    */s/ Giam Nguyen*
                                    Giam M. Nguyen
                                    Deputy Attorney General
                                    *Attorney for Defendants Wagner, Schlosser, Hansen, Guthrie, and Faaita*

Dated: December 17, 2012    By:    */s/ Christian Green*
                                    Christian B. Green
                                    Law Offices of Samuel L. Grader
                                    *Attorney for Defendant Edmonds*

1
2  **ATTESTATION**: Pursuant to L.R. 5-1, the filer attests that concurrence in the filing of this
3  document has been obtained from all signatories.
4
5  **IT IS SO ORDERED.**
6  Dated: January 2, 2013    By: _____*Jeffrey S. White*_____
7                                       JEFFREY S. WHITE
                                     UNITED STATES DISTRICT COURT JUDGE