UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| REYNALDO AYALA, | No. 3:10-CV-00979 JSW (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE AND STATUS CONFERENCE |
| v. | |
| WARDEN ROBERT AYERS, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that in light of Plaintiff's pending motion, the settlement conference scheduled in this case for January 31, 2013, and the telephonic status conference set for January 29, 2013, are HEREBY VACATED.

IT IS SO ORDERED.

Dated: January 7, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge