DEANNA L. KWONG (SBN 233480)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Tel: (650) 632-4700
Fax: (650) 632-4800
dkwong@cov.com

RYAN M. BUSCHELL (SBN 271509)
TESS A. HAMILTON (SBN 279738)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111
Tel: (415) 591-6000
Fax: (415) 591-6091
tahamilton@cov.com

*Attorneys for Plaintiff*
*REYNALDO AYALA*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO AYALA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT AYERS, JR., et al.,<br><br>    Defendants. | Case No.: 3:10-cv-0979 JSW (PR)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR APPOINTMENT OF AN ALTERNATIVE NEUTRAL MAGISTRATE JUDGE FOR FURTHER ADR PROCEEDINGS**<br><br>Judge:  Hon. Jeffrey White<br>Place:  Courtroom 11, 19th Floor |

1   After considering the Administrative Motion for Appointment of An
2   Alternative Neutral Magistrate Judge For Further ADR Proceedings filed by
3   Plaintiff Reynaldo Ayala, and good cause appearing therefore:
4   IT IS HEREBY ORDERED that the Administrative Motion for
5   Appointment of An Alternative Neutral Magistrate Judge For Further ADR
6   Proceedings is GRANTED.  The Court will assign an alternative Magistrate Judge
    randomly chosen, with the exception of Magistrate Judge Vadas,
7   to serve as a neutral in further ADR proceedings in this action.

9   Dated:  January  11 , 2013
10                                                                           _____
                                                                             The Honorable Jeffrey S. White
11                                                                           United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S          1
ADMINISTRATIVE MOTION FOR APPOINTMENT OF
ALTERNATIVE NEUTRAL MAGISTRATE JUDGE FOR
FURTHER ADR PROCEEDINGS