1  DEANNA L. KWONG (SBN 233480)
   COVINGTON & BURLING LLP
2  333 Twin Dolphin Drive, Suite 700
   Redwood Shores, CA 94065
3  Tel: (650) 632-4700
   Fax: (650) 632-4800
4  dkwong@cov.com

5  RYAN M . BUSCHELL (SBN 271509)
   TESS A. HAMILTON (SBN 279738)
6  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
7  San Francisco, California  94111
   Tel: (415) 591-6000
8  Fax: (415) 591-6091
   tahamilton@cov.com
9
   *Attorneys for Plaintiff*
10 *REYNALDO AYALA*

11
                    **UNITED STATES DISTRICT COURT**
12
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13
                        **SAN FRANCISCO DIVISION**
14

15
   REYNALDO AYALA,                          Case No.: 3:10-cv-0979 JSW (PR)
16
        Plaintiff,
17                                          **[PROPOSED] ORDER
        v.                                  GRANTING PLAINTIFF'S
18                                          ADMINISTRATIVE MOTION
   ROBERT AYERS, JR., et al.,               FOR APPOINTMENT OF AN
19                                          ALTERNATIVE NEUTRAL
        Defendants.                         MAGISTRATE JUDGE FOR
20                                          FURTHER ADR
                                            PROCEEDINGS**
21
                                            Judge:  Hon. Jeffrey White
22                                          Place:  Courtroom 11, 19th Floor

23

24

25

26

27

28

1  After considering the Administrative Motion for Appointment of An Alternative Neutral Magistrate Judge For Further ADR Proceedings filed by Plaintiff Reynaldo Ayala, and good cause appearing therefore:

IT IS HEREBY ORDERED that the Administrative Motion for Appointment of An Alternative Neutral Magistrate Judge For Further ADR Proceedings is GRANTED.  The Court will assign an alternative Magistrate Judge randomly chosen, with the exception of Magistrate Judge Vadas, to serve as a neutral in further ADR proceedings in this action.

Dated: January 11, 2013

_____
The Honorable Jeffrey S. White
United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR APPOINTMENT OF ALTERNATIVE NEUTRAL MAGISTRATE JUDGE FOR FURTHER ADR PROCEEDINGS     1