Christian B. Green, State Bar No.: 173502
LAW OFFICES OF SAMUEL G. GRADER
1860 Howe Ave, Suite 350
Sacramento, CA 95825
Telephone No.: 916-567-6426
Facsimile No.: 866-903-4464
Email: christian.green@cna.com

Attorney for Defendant
JEFFREY EDMONDS, LVN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO AYALA,<br><br>　　Plaintiff,<br><br>vs.<br><br>ROBERT AYERS, JR., et al.,<br><br>　　Defendants. | CASE NO.: 3:10-cv-00979-JSW<br><br>**STIPULATION AND [PROPOSED]****ORDER REGARDING CASE SCHEDULE**<br><br>Judge:  Jeffrey S. White<br>Place:  Courtroom 11, 19th Floor |

　　The parties, pursuant to Civil L.R. 6-1(a), respectfully submit the following stipulation:

　　1. Plaintiff, Mr. Reynaldo Ayala, filed his Third Amended Complaint ("Complaint') on October 19, 2012, and the Complaint was deemed operative by the Court on November 16, 2012, in the United States District Court, Northern District of California, San Francisco Division, Dkt. 103.

　　2. On January 16, 2013, the Court entered its Order modifying the discovery schedule in this matter and specifically ordered that all expert discovery be completed by February 25, 2013.

　　3. Because it is not possible to complete the deposition of defendant Edmonds' expert, Dr. Paul Adler, before February 25, 2013, the parties have agreed to modify the current case schedule to allow the deposition of Dr. Paul Adler to be taken on March 1, 2013.

4. The parties agree that all other deadlines set by the Court's Order of January 16, 2013 remain in place.

5. Finally, this Stipulation has been promptly filed pursuant to Civil L.R. 5.

**IT IS SO STIPULATED.**

Dated: February 13, 2013.

By: */s/ Christian Green*
Christian B. Green
LAW OFFICES OF SAMUEL G. GRADER
Attorney for Defendant EDMONDS

Dated: February 13, 2013.   By: */s/ Tess A. Hamilton*
Tess A. Hamilton
COVINGTON & BURLING LLP
Attorney for Plaintiff AYALA

Dated: February 13, 2013.   By: */s/ Martine Noel D'Agostino*
Martine Noel D'Agostino
DEPUTY ATTORNEY GENERAL
Attorney for Defendants WAGNER,
SCHLOSSER, HANSEN, GUTHRIE
And FAAITA

**ATTESTATION:** Pursuant to L.R. 5-1, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

**IT IS SO ORDERED.**

Dated: February 14, 2013.   By: _____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE