UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO AYALA, | No. 3:10-cv-00979 JSW (NC) |
| Plaintiff, | ORDER REGARDING VIDEO CONFERENCE FOR SETTLEMENT CONFERENCE |
| v. | |
| ROBERT AYERS, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to this Court's Notice of Settlement Conference, the settlement conference is scheduled for March 19, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Plaintiff shall appear at the settlement conference via video conference. Authorities at San Quentin are directed to contact the Court's Courtroom Technology Specialist, Stefan Curl at 415.522.2107, Stefan_Curl@cand.uscourts.gov, and Charlie Molina, Senior Information System Analyst at CDCR to coordinate the video conference appearances.

IT IS SO ORDERED.

Dated: March 14, 2013

NATHANAEL COUSINS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO AYALA, | No. 3:10-cv-00979 JSW (NC) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| ROBERT A. HOREL, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California, and that on March 14, 2013 I served a true and correct copy of the attached, via facsimile to the following:

Brandy Ebert
Litigation Coordinator
San Quentin State Prison
San Quentin, CA 94964
Fax: 415.455.5025

RICHARD W. WIEKING, CLERK

By: /s/ Lili M. Harrell
Lili M. Harrell, Deputy Clerk

2