| | |
|---|---|
| 1 | KAMALA D. HARRIS |
|   | Attorney General of California |
| 2 | WILLIAM C. KWONG |
|   | Supervising Deputy Attorney General |
| 3 | MARTINE N. D'AGOSTINO |
|   | Deputy Attorney General |
| 4 | State Bar No. 256777 |
|   |   455 Golden Gate Avenue, Suite 11000 |
| 5 |   San Francisco, CA  94102-7004 |
|   |   Telephone:  (415) 703-5233 |
| 6 |   Facsimile:  (415) 703-5843 |
|   | *Attorneys for Defendants Wagner, Schlosser, Guthrie, and* |
| 7 | *Faaita* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REYNALDO AYALA**, | Case No. C 10-0979 JSW (PR) |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)); AND [~~PROPOSED~~] ORDER** |
| v. |  |
| **ROBERT AYERS, JR. et al.**, |  |
| Defendants. |  |

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-0979 JSW (PR))

1     Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff Reynaldo Ayala and Defendants Wagner, Schlosser, Guthrie, and Faaita hereby stipulate to dismissal of the above-entitled action against Defendants Wagner, Schlosser, Guthrie, and Faaita with prejudice.

    Each party shall bear its own litigation costs and attorney's fees.

    It is so stipulated.

Dated: May 2, 2013

/s/ Danielle L. Goldstein
Danielle L. Goldstein
COVINGTON & BURLING, LLP
*Attorney for Plaintiff, Reynaldo Ayala*

Dated: May 2, 2013

/s/ Martine N. D'Agostino
Martine N. D'Agostino
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants Wagner, Schlosser, Guthrie, and Faaita*

    In light of the parties' stipulation of voluntary dismissal, it is hereby ORDERED that all claims made by Ayala against Defendants Wagner, Faaita, Schlosser, and Guthrie in this action are dismissed with prejudice.

Dated: May 6, 2013

*[signature: Jeffrey S. White]*

The Honorable Jeffrey S. White

SF2010401143
20683368.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-0979 JSW (PR))