KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
MARTINE N. D'AGOSTINO
Deputy Attorney General
State Bar No. 256777
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5233
  Facsimile: (415) 703-5843
*Attorneys for Defendants Wagner, Schlosser, Guthrie, and Faaita*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REYNALDO AYALA**, <br><br> Plaintiff, <br><br> v. <br><br> **ROBERT AYERS, JR. et al.**, <br><br> Defendants. | Case No. C 10-0979 JSW (PR) <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)); AND [PROPOSED] ORDER** |

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-0979 JSW (PR))

Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff Reynaldo Ayala and Defendants Wagner, Schlosser, Guthrie, and Faaita hereby stipulate to dismissal of the above-entitled action against Defendants Wagner, Schlosser, Guthrie, and Faaita with prejudice.

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: May 2, 2013  /s/ Danielle L. Goldstein
Danielle L. Goldstein
COVINGTON & BURLING, LLP
*Attorney for Plaintiff, Reynaldo Ayala*

Dated: May 2, 2013  /s/ Martine N. D'Agostino
Martine N. D'Agostino
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants Wagner, Schlosser, Guthrie, and Faaita*

In light of the parties' stipulation of voluntary dismissal, it is hereby ORDERED that all claims made by Ayala against Defendants Wagner, Faaita, Schlosser, and Guthrie in this action are dismissed with prejudice.

Dated: May 6, 2013

The Honorable Jeffrey S. White

SF2010401143
20683368.doc