1  DANIELLE L. GOLDSTEIN (SBN 257486)
   dgoldstein@cov.com
2  RYAN M. BUSCHELL (SBN 271509)
   rbuschell@cov.com
3  TESS A. HAMILTON (SBN 279738)
   tahamilton@cov.com
4  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
5  San Francisco, California 94111
   Tel. (415) 591-6000
6  Fax. (415) 591-6091

7  *Attorneys for Plaintiff*
   *REYNALDO AYALA*
8

9
                UNITED STATES DISTRICT COURT
10
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  REYNALDO AYALA,                    No. C 10-0979 JSW (PR)
                        Plaintiff,
13
            v.                         **STIPULATION OF VOLUNTARY
14                                     DISMISSAL OF DEFENDANT EDMONDS
    ROBERT AYERS, JR., et al.,         PURSUANT TO FED. R. 41(a)(1)(A)(ii) AND
15                                     [~~PROPOSED~~] ORDER**
                        Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF VOLUNTARY DISMISSAL OF
DEFENDANT EDMONDS WITH PREJUDICE AND
[~~PROPOSED~~] ORDER**

1     Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff Reynaldo Ayala and Defendant Jeffrey Edmonds hereby stipulate to dismissal of the above-entitled action against Defendant Jeffrey Edmonds with prejudice.

    Each party shall bear its own litigation costs and attorney's fees.

    It is so stipulated.

Dated: June 25, 2013      By: /s/ Danielle L. Goldstein
    DANIELLE L. GOLDSTEIN
    COVINGTON & BURLING LLP
    *Counsel for Plaintiff Reynaldo Ayala*

Dated: June 25, 2013      By: /s/ Christian B. Green
    CHRISTIAN B. GREEN
    LAW OFFICE OF SAMUEL GRADER
    *Counsel for Defendant Edmonds*

    In light of the parties' stipulation of voluntary dismissal, it is hereby ORDERED that all claims made by Ayala against Defendant Edmonds in this action are dismissed with prejudice.

DATED: June 26, 2013

By: *Jeffrey S White* (signature)
    The Honorable Jeffrey S. White
    United States District Court Judge