1  DANIELLE L. GOLDSTEIN (SBN 257486)
   dgoldstein@cov.com
2  RYAN M. BUSCHELL (SBN 271509)
   rbuschell@cov.com
3  TESS A. HAMILTON (SBN 279738)
   tahamilton@cov.com
4  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
5  San Francisco, California  94111
   Tel. (415) 591-6000
6  Fax. (415) 591-6091

7  *Attorneys for Plaintiff*
   *REYNALDO AYALA*
8

              UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| REYNALDO AYALA, | No. C 10-0979 JSW (PR) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT EDMONDS PURSUANT TO FED. R. 41(a)(1)(A)(ii) AND [PROPOSED] ORDER** |
| ROBERT AYERS, JR., et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff Reynaldo Ayala and Defendant Jeffrey Edmonds hereby stipulate to dismissal of the above-entitled action against Defendant Jeffrey Edmonds with prejudice.

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: June 25, 2013   By: */s/ Danielle L. Goldstein*
DANIELLE L. GOLDSTEIN
COVINGTON & BURLING LLP
*Counsel for Plaintiff Reynaldo Ayala*

Dated: June 25, 2013   By: */s/ Christian B. Green*
CHRISTIAN B. GREEN
LAW OFFICE OF SAMUEL GRADER
*Counsel for Defendant Edmonds*

In light of the parties' stipulation of voluntary dismissal, it is hereby ORDERED that all claims made by Ayala against Defendant Edmonds in this action are dismissed with prejudice.

DATED: June 26, 2013

By: *Jeffrey S White*
The Honorable Jeffrey S. White
United States District Court Judge

**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT EDMONDS WITH PREJUDICE AND [PROPOSED] ORDER**   2